**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: LeRoy Danial Kemery<br>Barbara Jean Kemery<br><br><u>Debtors</u> | CHAPTER 7<br><br>BKY. NO. 19-14196 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Credito Real USA Finance and index same on the master mailing list.

Respectfully submitted,
**/s/ Kevin G. McDonald Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322