# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: LeRoy Danial Kemery<br>Barbara Jean Kemery<br>    Debtor(s)<br><br>Credito Real USA Finance, its successors and/or assigns<br>    Movant<br>  vs.<br><br>LeRoy Danial Kemery<br>Barbara Jean Kemery<br>    Debtor(s)<br><br>Gary F. Seitz Esq.<br>    Trustee | CHAPTER 7<br><br>NO. 19-14196 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Response to Redeem Property of the Estate of Credito Real USA Finance, which was filed with the Court on or about **November 25, 2019; Docket No. 52**.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-825-6327

November 26, 2019