**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LeRoy Danial Kemery<br>Barbara Jean Kemery<br>　　　　　Debtor(s) | CHAPTER 7 |
| Credito Real USA Finance<br>　　　　　Secured Creditor<br>vs. | NO. 19-14196 MDC |
| LeRoy Danial Kemery<br>Barbara Jean Kemery<br>　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Gary F. Seitz Esq.<br>　　　　　Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Debtors filed a Motion to Redeem the 2010 Lexus RX350-V6, VIN: 2T2BK1BA8AC079810 (hereinafter referred to as "the Vehicle") on or about November 6, 2019.

2. Debtors and Secured Creditor have agreed to resolve Debtors' Motion as follows:

    a. Debtors shall deliver to Secured Creditor a certified check in the amount of $10,000.00 payable to Secured Creditor within thirty (30) days or less from the date of court approval of this Stipulation. The check shall be mailed to: Rachel Berry, 1425 West Cypress Creek Road, Suite 300, Fort Lauderdale, FL 33309

    b. If the funds are not received by Secured Creditor within thirty (30) days or less from the date of court approval of this Stipulation, the automatic stay as to the Vehicle shall be lifted without further approval of this Court.

3. The parties agree that a facsimile signature shall be considered an original signature.

Date: 2/10/2020

By: /s/Rebecca A. Solarz
Rebecca A. Solarz, Esquire
Attorney for Secured Creditor

Date: 2/10/2020

*Barbara Kemery*
LeRoy Danial Kemery
Debtor

Date: 2/10/2020

*Barbara Kemery*
Barbara Jean Kemery
Debtor

Approved by the Court this 12th day of February, 2020. However, the court retains discretion regarding entry of any further order.

*Magdeline D. C——*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge