United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
LeRoy Danial Kemery  
Barbara Jean Kemery  
    Debtors

Case No. 19-14196-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett    Page 1 of 1    Date Rcvd: Feb 14, 2020  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2020.  
db/jdb     #+LeRoy Danial Kemery,    Barbara Jean Kemery,    2484 Swamp Pike,    Apt. A,    Gilbertsville, PA 19525-9735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2020 at the address(es) listed below:  
       GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;Jblackford@gsbblaw.com  
       JORGE M. PEREIRA    on behalf of Defendant    William Bartman C/O Zuber Realty jpereira@princelaw.com,    ascheetz@civilrightsdefensefirm.com  
       KEVIN G. MCDONALD    on behalf of Creditor    Credito Real USA Finance bkgroup@kmllawgroup.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    Credito Real USA Finance bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                    TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LeRoy Danial Kemery<br>Barbara Jean Kemery<br>　　　　Debtor(s) | CHAPTER 7 |
| Credito Real USA Finance<br>　　　　Secured Creditor<br>vs. | NO. 19-14196 MDC |
| LeRoy Danial Kemery<br>Barbara Jean Kemery<br>　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Gary F. Seitz Esq.<br>　　　　Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Debtors filed a Motion to Redeem the 2010 Lexus RX350-V6, VIN: 2T2BK1BA8AC079810 (hereinafter referred to as "the Vehicle") on or about November 6, 2019.

2. Debtors and Secured Creditor have agreed to resolve Debtors' Motion as follows:

    a. Debtors shall deliver to Secured Creditor a certified check in the amount of $10,000.00 payable to Secured Creditor within thirty (30) days or less from the date of court approval of this Stipulation. The check shall be mailed to: Rachel Berry, 1425 West Cypress Creek Road, Suite 300, Fort Lauderdale, FL 33309

    b. If the funds are not received by Secured Creditor within thirty (30) days or less from the date of court approval of this Stipulation, the automatic stay as to the Vehicle shall be lifted without further approval of this Court.

3. The parties agree that a facsimile signature shall be considered an original signature.

Date: 2/10/2020

By: /s/Rebecca A. Solarz
Rebecca A. Solarz, Esquire
Attorney for Secured Creditor

Date: 2/10/2020

*Barbara Kemery*
LeRoy Danial Kemery
Debtor

Date: 2/10/2020

*Barbara Kemery*
Barbara Jean Kemery
Debtor

Approved by the Court this 12th day of February, 2020. However, the court retains discretion regarding entry of any further order.

*Magdeline D. C*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge