```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

```
In re:                                                          Case No. 19-14196-mdc
LeRoy Danial Kemery                                             Chapter 7
Barbara Jean Kemery
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: Antoinett        Page 1 of 1         Date Rcvd: Jul 06, 2020
                            Form ID: pdf900        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2020.
db/jdb         #+LeRoy Danial Kemery,    Barbara Jean Kemery,    2484 Swamp Pike,    Apt. A,
                 Gilbertsville, PA 19525-9735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2020 at the address(es) listed below:
              GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net
              JORGE M. PEREIRA    on behalf of Defendant    William Bartman C/O Zuber Realty
               jpereira@princelaw.com,  ascheetz@civilrightsdefensefirm.com
              KEVIN G. MCDONALD    on behalf of Creditor    Credito Real USA Finance bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Credito Real USA Finance bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 7
LeRoy Danial Kemery
Barbara Jean Kemery
: Bky. No. 19-14196MDC

Debtor :

:

ORDER

AND NOW, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor's estate,

IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is **CLOSED, without the entry of an order of discharge.**

FOR THE COURT

Date: July 6, 2020

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE