# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
|   LeRoy Danial Kemery and | | |
|   Barbara Jean Kemery | | |
| | : | Bky. No.  19-14196MDC |
| | : | |
| Debtor | | |
| | : | |

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above-captioned case has been closed without entry of discharge.


Date: July 24, 2020


                                                FOR THE COURT

                                                TIMOTHY B. McGRATH
                                                Clerk of Court